■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFONSO QUEROZ, Appellant. [766 NYS2d 95] —Appeal by the defendant from a judgment of the County Court, Westchester County (Zambelli, J.), rendered December 12, 2000, convicting him of rape in the first degree and sexual abuse in the first degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Altman, J.P., Krausman, Goldstein and Luciano, JJ., concur.